IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO.  1:12-cv-0323-MEF |
| | )              WO |
| DALE COUNTY SHERIFF'S | ) |
| DEPARTMENT, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Court construes plaintiff's response (Doc. #11) filed on May 14, 2012 as an objection to the Recommendation of the Magistrate Judge and said objection is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #8) entered on May 8, 2012 is adopted;

3. That this action is DISMISSED without prejudice due to plaintiff's failure to pay the filing fee within the time allowed by the Court.

DONE this the 16th day of May, 2012.

                                                          /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE